UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO PATRICK DIAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br><br>    Defendant. | No. 1:22-cv-01649-EPG<br><br>ORDER APPROVING STIPULATION TO MODIFY CASE SCHEDULE<br><br>(ECF No. 13). |

This matter is before the Court on the parties' stipulation to modify the case schedule. (ECF No. 13). As grounds, Plaintiff states than an extension "is required due to the competing professional commitments of counsel and staffing shortage" and "Plaintiff has contacted counsel for the Acting Commissioner of SSA and counsel for the Acting Commissioner is unopposed" to a 30-day extension of the deadline to file Plaintiff's motion for summary judgment and subsequent extension of the remaining deadlines.

Based on the parties' stipulation (ECF No. 13), IT IS ORDERED that Plaintiff's motion for summary judgment is now due by no later than June 16, 2023. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **May 10, 2023**                     /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

1